IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN R. JORDAN, JR.,

    Plaintiff,                                  No. CIV S-03-1820 LKK KJM P

    vs.

CAL A. TERHUNE, et al,

    Defendants.                          ORDER

_____/

        Plaintiff is a prisoner proceeding pro se with a civil rights action under 42 U.S.C. § 1983. On May 18, 2005, the court granted plaintiff's request to file an amended complaint, but limited that document to fifteen pages.

        On May 31, 2005, plaintiff filed a request to file a twenty page complaint.

        IT IS ORDERED that plaintiff's May 31, 2005 request is granted. Should the court determine, however, that plaintiff has included claims that the court has previously found not to state a claim, the court may impose sanctions, including dismissal of the action.

DATED: June 3, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

2 jord1820.mp

1