IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN R. JORDAN, JR.,

      Plaintiff,                No. CIV S-03-1820 LKK KJM P

    vs.

CAL A. TERHUNE, et al.,

      Defendants.        ORDER

_____/

      Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action filed pursuant to 42 U.S.C. § 1983. By order filed May 18, 2005, plaintiff's motion to file an amended complaint was granted. Plaintiff has filed an amended complaint.

      The amended complaint states a cognizable claim for relief under 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the amended complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

      In accordance with the above, IT IS HEREBY ORDERED that:

      1. Service is appropriate for the following defendants: Eder, Cobb, Wright, Felker, Kopec, Boitano, Fleischman, Wong, Platt, Mericle, McCraw, McGuire, Kaptor, Brown Lopez, Miranda, Armoskus, Vanderville, Dreith; Peck (insofar as the complaint alleges he made a false charge against plaintiff for pursuing his civil rights action in ¶ 116); Cox (insofar as the

1

complaint alleges he refused to make copies of plaintiff's pleadings); and Rohlfing (as alleged in ¶ 146).

       2. The Clerk of the Court shall send plaintiff twenty-two USM-285 forms, one summons, an instruction sheet and a copy of the amended complaint filed June 20, 2005.

       3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

       a. The completed Notice of Submission of Documents;

       b. One completed summons;

       c. One completed USM-285 form for each defendant listed in number 1 above; and

       d. Twenty-three copies of the endorsed amended complaint filed June 20, 2005.

       4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants as provided by Federal Rule of Civil Procedure 4 without payment of costs.

DATED: December 7, 2005.

       _____
       UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN R. JORDAN, JR.

    Plaintiff,   No. CIV S-03-1820 LKK KJM P

    vs.

CAL A. TERHUNE,   <u>NOTICE OF SUBMISSION</u>

    Defendants.   <u>OF DOCUMENTS</u>

_____/

    Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

    _____ completed summons form

    _____ completed USM-285 forms

    _____ copies of the _____
                             Amended Complaint

DATED:

                                       _____
                                       Plaintiff