IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN JORDAN,

    Plaintiff,                      No. CIV S-03-1820 LKK KJM P

    vs.

CAL A. TERHUNE, et al.,

    Defendants.                ORDER

                                  /

          Plaintiff is a state prison inmate proceeding pro se with a civil rights action under 42 U.S.C. § 1983. On April 21, 2006, plaintiff filed yet another document entitled " motion to introduce evidence/exhibits," which consists of approximately 500 pages of material, including copies of administrative regulations, the Bill of Rights, and various inmate grievances concerning plaintiff's problems with the prison law library in March 2006, among other things. Plaintiff has not attempted to tie these filings to any motion or otherwise identify the relevance of these documents. If plaintiff wishes to submit evidence, he may do so as appropriate exhibits to properly noticed motions or opposition to motions or as exhibits at trial. King v. Atiyeh, 814 F.2d 565, 567 (9th Cir. 1987) (pro se plaintiff must follow rules of procedure). The court will

/////

/////

/////

1

1 | not act as plaintiff's filing cabinet nor will it attempt to determine the purpose of these massive
2 | filings. This motion will be stricken from the record and disregarded. As previously noted,
3 | should plaintiff continue to file irrelevant documents, the court will consider imposing sanctions,
4 | including dismissal.
5 |         IT IS SO ORDERED.
6 | DATED: April 25, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

2
jord1820.506