BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
STEPHEN P. ACQUISTO
Supervising Deputy Attorney General
DAVID A. CARRASCO, State Bar No. 160460
Supervising Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 323-1938
 Fax: (916) 324-5205

Attorneys for Defendants Armoskus, Boitano, Brown,
Cobb, Cox, Dreith, Eder, Felker, Kopec, McCraw,
McGuire, Miranda, Platt, Rohlfing Vanderville,
Wong, Wright
SA2006301752

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN JORDAN,**<br><br>                              Plaintiff,<br><br>     v.<br><br>**CAL A. TERHUNE, et al.,**<br><br>                              Defendants. | No. 2:03-cv-1820 LKK KJM P<br><br>**ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** |

Defendants' request for an extension of time to file a responsive pleading was considered by this Court, and good cause appearing,

IT IS ORDERED that Defendants are granted until July 26, 2006, to file a responsive pleading.

Dated: June 23, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

jordan.wpd