IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN JORDAN,

      Plaintiff,                      No. CIV S-03-1820 LKK KJM P

   vs.

CAL A. TERHUNE, et al.,

      Defendants.            ORDER

_____/

      Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief under 42 U.S.C. § 1983.

      On April 25, 2006, the court ordered the United States Marshal to serve the complaint on defendants. Process directed to defendants D. Mericle, Lopez and Kaptur was returned unserved with notations to the effect that the process server was "unable to locate" any of them. Plaintiff must provide additional information to serve these defendants. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

/////

/////

1    Accordingly, IT IS HEREBY ORDERED that:

2    1. The Clerk of the Court is directed to send to plaintiff three USM-285 forms,

3 along with an instruction sheet and a copy of the amended complaint filed June 20, 2005;

4    2. Within sixty days from the date of this order, plaintiff shall complete and

5 submit the attached Notice of Submission of Documents to the court, with the following

6 documents:

7    a. One completed USM-285 form for each defendant;

8    b. Four copies of the endorsed complaint filed June 20, 2005; and

9    c. One completed summons form (if not previously provided).

10 or show good cause why he cannot provide such information.

11 DATED: July 7, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

/mp
jord1820.8e(2)

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN JORDAN,

      Plaintiff,                            No. CIV S-03-1820 LKK KJM P

     vs.

CAL A. TERHUNE, et al.,              NOTICE OF SUBMISSION

      Defendants.                    OF DOCUMENTS

_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

     __1__     completed summons form (if not previously provided)

     __3__     completed USM-285 forms

     __4__     copies of the _June 20, 2005_
                                  Amended Complaint

DATED:

                                                   Plaintiff