LONGYEAR, O'DEA & LAVRA, LLP

3620 American River Drive, Suite 230
Sacramento, California 95864-5923

Tel: 916-974-8500 Fax: 916 974-8510

Van Longyear, CSB No. 84189
Jennifer Marquez, CSB No. 232194

Attorneys for Defendant, J. Rohlfing, M.D.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN R. JORDAN, JR. ) | CASE NO. CIV. S-03-1820 LKK KJM P |
| ) | |
| Plaintiff, ) | |
| vs. ) | **SUBSTITUTION OF ATTORNEYS;** |
| ) | **ORDER THEREON** |
| CAL A. TERHUNE, DAVID RUNNELS, J. ) | |
| BOITANO, W. BREWER, D.J. BROWN, K. ) | |
| CLEMENT, T. COBB, D. COBB, J. COX, ) | |
| R. DREITH, J. EDER, M.S. EAANS, T. ) | |
| FELKER, J. FLAHERTY, B. FLEMING, M. ) | |
| HUBBARD, D. JACKSON, KAPTUR, T. ) | |
| KOPER, F. LOPEZ, G. MARSHALL, K. ) | |
| MCCRAW, D. MCGUIRE, D. MERICLE, S. ) | |
| PECK, D. PEDDICORD, M. PIEPER, S. ) | |
| PLATT, J. ROHLFING, E. SANDOVAL, ) | |
| SCHRIMER, D. VANDERVILLE, H. ) | |
| WAGNER, R. WONG, M. WRIGHT, J. ) | |
| FELICIANO, R. MIRANDA, J. MARSH, D. ) | |
| FLETCHER, S. ARMOSKUS, K. KOPEC ) | |
| ) | |
| Defendants. ) | |
| ) | |

Defendant, J. Rohlfing, hereby substitutes Van Longyear of the law firm of Longyear, O'Dea & Lavra, LLP, 3620 American River Drive, Suite 230, Sacramento, California 95864, (916) 974-8500, in the place and stead of James E. Flynn, Deputy Attorney General and the Attorney General's Office.

///

///

///

1       I agree to above substitution.

2   Dated: July _____, 2006           /S/ J. ROHLFING, M.D.
                                              J. ROHLFING, M.D.

4       I agree to above substitution.

6   Dated: July _____, 2006           DEPUTY ATTORNEY GENERAL
                                              OFFICE OF THE ATTORNEY GENERAL

8                             By: /S/ JAMES E. FLYNN
                                              JAMES E. FLYNN
9                                               Deputy Attorney General

11       I accept above substitution.

13   Dated: July _____, 2006           LONGYEAR, O'DEA & LAVRA, LLP

14                             By: /S/ VAN LONGYEAR
                                              VAN LONGYEAR

17       IT IS SO ORDERED.

19   Dated: August 3, 2006.

                                              UNITED STATES MAGISTRATE JUDGE

28   G:\DOCS\KJM\Kim\Priority\jordan.sub.wpd