IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN JORDAN,

      Plaintiff,                  No. CIV S-03-1820 LKK KJM P

   vs.

CAL A. TERHUNE, et al.,

      Defendants.         ORDER

_____/

      Defendant Rohlfing has filed a request for an extension of time to file and serve a responsive pleading as directed by the court's order of June 26, 2006.[1]  Good cause appearing, the request will be granted.  No further extensions of time will be granted.

/////

/////

/////

/////

/////

/////

---

[1] Defendant Rohlfing was originally represented by the Attorney General's Office, which requested an earlier extension of time on behalf of a group of defendants.  New counsel has just be substituted and had requested this additional extension of time.

IT IS HEREBY ORDERED that:

1. Defendant's July 27, 2006 request for an extension of time is granted; and

2. Defendant shall file and serve a responsive pleading within thirty days of the date of this order. No further extensions of time will be granted.

DATED: August 4, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

2/mp
jord1820.36sec