IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN R. JORDAN, JR.,

    Plaintiff,                                 No. CIV S-03-1820 LKK KJM P

    vs.

CAL A. TERHUNE, et al.,

    Defendants.                             <u>ORDER</u>

_____/

        On December 8, 2005, the Magistrate Judge issued an order finding service appropriate for some, but not all, of the defendants listed in plaintiff's amended complaint. On May 19, 2006, plaintiff filed a motion for reconsideration of that order. Local Rule 72-303(b), states "rulings by Magistrate Judges shall be final if no reconsideration thereof is sought from the Court within ten court days . . . from the date of service of the ruling on the parties." E.D. Local Rule 72-303(b). Plaintiff's request for reconsideration of the magistrate judge's order of December 8, 2005 is therefore untimely.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's May 19, 2006 request for reconsideration is denied.

DATED: August 23, 2006

UNITED STATES DISTRICT JUDGE

/jord1820.851(2)