IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JOHN JORDAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAL A. TERHUNE, et al.,<br><br>　　　　　Defendants. | No. 2:03-CV-1820-LKK-KJM (PC)<br><br>**ORDER STAYING DISCOVERY** |

　　　Defendants have moved for a protective order staying discovery in this action pending a ruling on defendants' July 26, 2006, motion to dismiss.

　　　The court finds good cause, grants the request, and orders as follows:

　　　1.　Discovery is stayed in this action pending an order on defendants' motion to dismiss filed July 26, 2006.

　　　2.　Defendants shall respond to plaintiff's first set of interrogatories to defendant Vanderville served July 26, 2006, and first request for production of documents served August 8, 2006, within 45 days of the filing of an order resolving the pending motion to dismiss.

Dated: September 18, 2006.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

*Order Staying Discovery*

1