IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN R. JORDAN, JR.,

      Plaintiff,                   No. CIV S-03-1820 LKK KJM P

    vs.

CAL A. TERHUNE, et al.,

      Defendants.         <u>ORDER</u>

_____/

On October 10, 2006 plaintiff filed a request for an extension of time to file and serve oppositions to defendants' July 26, 2006 and September 1, 2006 motions to dismiss. On October 19, 2006 counsel for defendant Rohlfing and plaintiff filed a stipulation for extension of time for plaintiff to file an opposition to defendant Rohlfing's motion. Good cause appearing, IT IS HEREBY ORDERED that:

        1. The request and stipulation for an extension of time are granted; and

        2. Plaintiff shall file and serve oppositions to defendants' July 26, 2006 and September 1, 2006 motions to dismiss within thirty days of the filing of this order.

DATED: October 25, 2006

_____
U.S. MAGISTRATE JUDGE

/mp/jord1820.36