IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN R. JORDAN, JR.,

        Plaintiff,                   No. CIV S-03-1820 LKK KJM P

   vs.

CAL A. TERHUNE, et al.,

        Defendants.         <u>ORDER</u>

_____/

        Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

        On August 17, 2006, the court ordered the United States Marshal to serve the complaint on defendants. Process directed to defendants Kaptur was returned unserved with the notation "not at this address." Plaintiff must provide additional information to serve these defendants. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

/////

/////

1

1    Accordingly, IT IS HEREBY ORDERED that:

2    1. The Clerk of the Court is directed to send to plaintiff one USM-285 form,
3 along with an instruction sheet and a copy of the amended complaint filed June 20, 2005;

4    2. Within sixty days from the date of this order, plaintiff shall complete and
5 submit the attached Notice of Submission of Documents to the court, with the following
6 documents:

7    a. One completed USM-285 form for defendant Kaptur;

8    b. Two copies of the endorsed complaint filed June 20, 2005; and

9    c. One completed summons form (if not previously provided)

10 or show good cause why he cannot provide such information.

11 DATED:  December 20, 2006.

_____
U.S. MAGISTRATE JUDGE

14 /mp
jord1820.8e

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN R. JORDAN, JR.,

      Plaintiff,                                No. CIV S-03-1820 LKK KJM P

    vs.

CAL A. TERHUNE, et al.,              <u>NOTICE OF SUBMISSION</u>

      Defendants.                      <u>OF DOCUMENTS</u>

_____/

        Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

           _____    completed summons form

           __1__    completed USM-285 forms

           __2__    copies of the June 20, 2005 Amended Complaint

DATED:

                                                        _____
                                                        Plaintiff