IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN JORDAN,

    Plaintiff,                    No. CIV S-03-1820 LKK KJM P

   vs.

CAL A. TERHUNE, et al.,

    Defendants.          <u>ORDER</u>

_____/

      Plaintiff has requested an extension of time to file objections to the court's findings and recommendations of February 14, 2007.  Good cause appearing, IT IS HEREBY ORDERED that:

      1. Plaintiff's March 8, 2007 request for an extension of time is granted.

      2. Plaintiff is granted ten days from the date of this order in which to file objections to the findings and recommendations of February 14, 2007.

      3.  Plaintiff's objections are limited to a total of twenty pages, including attachments and exhibits.

DATED: March 15, 2007.

                                                  U.S. MAGISTRATE JUDGE

2/jord1820.eot