IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN R. JORDAN,

      Plaintiff,                      No. CIV S-03-1820 LKK KJM P

   vs.

CAL A. TERHUNE, et al.,

      Defendants.           <u>ORDER</u>

                                  /

        Plaintiff is a state prison inmate proceeding pro se with a civil rights action under 42 U.S.C. § 1983. On March 16, 2006, plaintiff filed a motion for the entry of a default judgment against the defendants. However, it was not until April 25, 2006, that the court directed the United States Marshals Service to serve summons and complaint on the defendants. Accordingly, there is no basis for the entry of default.

DATED: March 27, 2007.

                                                  U.S. MAGISTRATE JUDGE

2
jord1820.de

1