IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN JORDAN,

     Plaintiff,              No. CIV S-03-1820 LKK KJM P

   vs.

CAL A. TERHUNE, et al.,

     Defendants.        <u>ORDER</u>

                           /

        Plaintiff is a state prisoner proceeding pro se in this civil rights action for relief pursuant to 42 U.S.C. § 1983.

        Plaintiff has filed a request for an extension of time to file a reply to defendants' answer. Rule 7 of the Federal Rules of Civil Procedure provides as follows:

> There shall be a complaint and an answer; a reply to a counterclaim denominated as such; an answer to a cross-claim, if the answer contains a cross-claim; a third-party complaint, if a person who was not an original party is summoned under the provisions of Rule 14; and a third-party answer, if a third-party complaint is served. <u>No other pleading shall be allowed, except that the court may order a reply to an answer or a third-party answer</u>.

Fed. R. Civ. P. 7(a) (emphasis added). No answer filed in this matter includes a counterclaim. The court has not ordered plaintiff to reply to defendants' answer and declines to make such an order.

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's April 25, 2007 request for an extension of time is denied.

DATED: May 3, 2007.

_____
U.S. MAGISTRATE JUDGE

2
jord1820.77e