IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JOHN JORDAN,** | No. 2:03-cv-1820-LKK-KJM (PC) |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME** |
| v. | |
| **CAL A. TERHUNE, et al.,** | |
| Defendants. | |

Defendants Peck and Brown have moved for a 20-day extension of time to and including August 8, 2007, to serve their responses to plaintiff's first set of interrogatories and admissions. The court finds good cause and orders as follows:

1. Defendants' request for an extension of time is granted; and

2. Defendants shall serve their responses to plaintiff's first set of interrogatories and admissions on or before August 8, 2007.

Dated: July 26, 2007.

_____
U.S. MAGISTRATE JUDGE