IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN R. JORDAN, JR.,

      Plaintiff,               No. CIV S-03-1820 LKK KJM P

   vs.

CAL A. TERHUNE,

      Defendant.       <u>ORDER</u>

_____/

        In light of the pending motion for summary judgment, the due dates for pretrial statements and the dates for pretrial conference, trial confirmation hearing and trial, set in the scheduling order of May 3, 2007, are hereby vacated, to be reset if necessary.

        IT IS SO ORDERED.

DATED:  December 17, 2007.

_____

U.S. MAGISTRATE JUDGE

2

jord1820.vso