IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN R. JORDAN, Jr.,

    Plaintiff,                      No. CIV S-03-1820 LKK KJM P

    vs.

CAL A. TERHUNE, et al.,

    Defendants.              ORDER

_____/

    Plaintiff has requested an extension of time to file and serve an opposition to defendants' November 30, 2007 motion for summary judgment. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Plaintiff's December 13 and December 26, 2007 requests for an extension of time is granted; and

    2. Plaintiff is granted sixty days from the date of this order in which to file and serve an opposition to defendants' November 30, 2007 motion for summary judgment. Defendants' reply, if any, shall be filed seven days thereafter.

DATED: December 28, 2007.

_____
U.S. MAGISTRATE JUDGE

/mp
jord1820.36