IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN R. JORDAN, Jr.,

    Plaintiff,                     No. CIV S-03-1820 LKK KJM P

    vs.

CAL A. TERHUNE, et al.,

    Defendants.               <u>ORDER</u>

_____/

        Plaintiff is a state prison inmate proceeding pro se with a civil rights action under 42 U.S.C. § 1983. On October 9, 2007, the court issued an order restricting the length of plaintiff's pleadings. Plaintiff has now filed a motion, asking to be relieved from the page limitations so he may oppose summary judgment adequately.

        In light of the fact that plaintiff must respond to two motions for summary judgment, the motion is well taken.

/////

/////

/////

/////

/////

1   IT IS HEREBY ORDERED that the order of October 9, 2007 is modified and
2   plaintiff's opposition to the pending motions for summary judgment may exceed the twenty-five
3   page limit established in that order.  This modification applies only to plaintiff's opposition to
4   the pending motions for summary judgment.  Plaintiff is cautioned, however, that any exhibits
5   offered with his opposition must be relevant to the issues raised in the motions.
6   DATED: January 24, 2008.

_____
U.S. MAGISTRATE JUDGE

2
jord1820.lift