IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN R. JORDAN, JR.,

        Plaintiff,                No. CIV S-03-1820 LKK KJM P

    vs.

CAL A. TERHUNE, et al.,

        Defendants.        <u>ORDER</u>

_____/

        Plaintiff has requested an extension of time to file objections to the February 5, 2009 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's February 27, 2009 and March 2, 2009 requests for an extension of time (Docket Nos. 241 and 242) are granted; and

        2. Plaintiff is granted thirty days from the date of his March 2, 2009, request in which to file and serve objections to the February 5, 2009 findings and recommendations. Plaintiff's objections are due no later than April 1, 2009.

DATED: March 10, 2009.

                              _____
                              U.S. MAGISTRATE JUDGE

4
jord1820.36