IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN JORDAN,

      Plaintiff,                        No. CIV S-03-1820 LKK KJM P

    vs.

CAL A. TERHUNE, et al.,

      Defendants.                <u>ORDER</u>

                              /

        Plaintiff has requested an extension of time to file and serve an opposition to defendant's October 21, 2009 motion for summary judgment. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's motion for an extension of time (Docket No. 249) is granted;

        2. Plaintiff is granted thirty days from the date of this order in which to file and serve an opposition to defendant's motion for summary judgment. Defendants' reply, if any, shall be filed seven days thereafter; and

        3. Plaintiff's opposition is subject to the page limits established in the order of October 9, 2007 (docket no. 180).

DATED: November 18, 2009.

                                                   U.S. MAGISTRATE JUDGE

2/mp
jord1820.36(2)