IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN R. JORDAN, JR.,

      Plaintiff,                    No. 2:03-cv-1820 LKK CKD

      vs.

CAL A TERHUNE, et al.,

      Defendant.                ORDER

_____/

      Plaintiff, a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983. On September 21, 2009, the action was dismissed as to defendants Lopez and Mericle and summary judgment was granted for defendants Armoskus, Boitano, Cobb, Cox, Dreith, Eder, Felker, Fleming, Kopec, McCraw, Miranda, Platt, Roholfing, Vanderville, Wong and Wright. (Dkt. No. 246.) Summary judgment was denied only as to defendant Brown. (Id.)

      On September 20, 2010, this court denied defendant Brown's renewed motion for summary judgment, finding that defendant Brown was not entitled to qualified immunity. (Dkt. No. 257.) Defendant Brown appealed to the United States Court of Appeals for the Ninth Circuit, and the Ninth Circuit has reversed the denial of his motion and remanded the case for further proceedings in light of that disposition. The Ninth Circuit's mandate issued on January 2, 2013.

1

1   In accordance with the above, IT IS HEREBY ORDERED THAT the clerk shall
2 enter judgment for defendants Armoskus, Boitano, Cobb, Cox, Dreith, Eder, Felker, Fleming,
3 Kopec, McCraw, Miranda, Platt, Roholfing, Vanderville, Wong and Wright in accordance with
4 this court's September 21, 2009 order, shall enter judgment for defendant Brown in accordance
5 with the Ninth Circuit's decision, and shall close this case.
6   IT IS SO ORDERED.
7   DATED: February 12, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2